

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00304-CV

Jay Marc **HARRIS**,
Appellant

v.

**FIESTA TEXAS, INC.** d/b/a Six Flags-Fiesta Texas, and Six Flags Corporation,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-08096
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Fiesta Texas, Inc. d/b/a Six Flags-Fiesta Texas, and Six Flags Corporation, recover their costs of this appeal from appellant, Jay Marc Harris.

SIGNED January 7, 2015.

_____
Patricia O. Alvarez, Justice